THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM SOSA, Appellant. [6 NYS3d 481]—

Judgment, Supreme Court, Bronx County (Ralph Fabrizio, J.), rendered January 15, 2008, convicting defendant, upon his plea of guilty, of operating a motor vehicle while ability impaired, and sentencing him to a $300 fine, unanimously reversed, on the law, the guilty plea vacated and the accusatory instrument dismissed in the interest of justice.

Defendant's guilty plea was not knowing, intelligent and voluntary since there was a complete absence of discussion on the record of any of the pertinent constitutional rights (*see People v Tyrell*, 22 NY3d 359 [2013]). Neither is there any indication that defendant spoke with his attorney regarding the constitutional consequences of pleading guilty. Concur—Mazzarelli, J.P., Saxe, Manzanet-Daniels and Clark, JJ.